David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
PHILLIP SHARRER AND KRISTIN SHARRER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

PHILLIP SHARRER AND KRISTIN
SHARRER,

               Plaintiff,

v.

ALLIED COLLECTION SERVICES, INC.,

               Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:14-cv-00899-LDG-CWH**

**NOTICE OF DISMISSAL WITH PREJUDICE**

       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Defendants not having filed or served answers, motions for summary judgment, or otherwise appeared herein; the Plaintiff in the above-entitled action, as to each of the Defendants named, requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, each party to bear its own attorney's fees and costs.

       Dated:          September 26, 2014

                         Respectfully submitted,

                         By:    /s/David H. Krieger, Esq.
                                David H. Krieger, ESQ. (Nevada Bar No. 9086)
                                HAINES & KRIEGER, LLC
                                8985 S. Eastern Avenue, Suite 130
                                Henderson, Nevada 89123
                                *Attorney for Plaintiff*

*So Ordered
Sept 3[0] 2014*

Page **1** of **1**